```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 25726
   WILFRED WEIDLER
   DEBRA J MAGNUSON                            CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
             Debtor
   SSN XXX-XX-2638      SSN XXX-XX-1418

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 06/29/2005 and was confirmed 08/11/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 11/17/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                               PAID          PAID
--------------------------------------------------------------------------------
CHASE MANHATTAN MORTGAGE   CURRENT MORTG          .00            .00           .00
PORTFOLIO RECOVERY ASSOC   UNSEC W/INTER     1627.35         245.02       1627.35
CAPITAL ONE                UNSEC W/INTER     2842.71         428.01       2842.71
SMC                        UNSEC W/INTER      633.53          96.12        633.53
CONSULTANTS RADIOLOGISTS   UNSEC W/INTER  NOT FILED             .00           .00
ROUNDUP FUNDING LLC        UNSEC W/INTER    13086.68        1970.43      13086.68
ECAST SETTLEMENT CORP      UNSEC W/INTER     9127.84        1285.45       9127.84
JEFFERSON CAPITAL SYSTEM   UNSEC W/INTER     1157.21         174.24       1157.21
LOYOLA UNIVERSITY MEDICA   UNSEC W/INTER  NOT FILED             .00           .00
LOYOLA UNIV PHYSICIANS F   UNSEC W/INTER  NOT FILED             .00           .00
MARSHALL FIELDS            UNSEC W/INTER     4275.73         643.75       4275.73
MIDLAND CREDIT MANAGEMEN   UNSEC W/INTER  NOT FILED             .00           .00
NORTH SHORE ANESTHESIOLO   UNSEC W/INTER  NOT FILED             .00           .00
NORTH SHORE MRI/CT         UNSEC W/INTER  NOT FILED             .00           .00
NORTH SHORE PATHOLOGY CO   UNSEC W/INTER       63.55          10.58         63.55
NORTHWESTERN MEDICAL FAC   UNSEC W/INTER  NOT FILED             .00           .00
NORTHWESTERN MEMORIAL HO   UNSEC W/INTER  NOT FILED             .00           .00
ARROW FINANCIAL SERVICES   UNSEC W/INTER     9836.46        1384.90       9836.46
SMC                        UNSEC W/INTER      479.30          72.81        479.30
RESURGENT CAPITAL SERVIC   UNSEC W/INTER     1519.13         214.19       1519.13
STEUBEN COUNTY EMS         UNSEC W/INTER      675.00         102.43        675.00
TOTAL HOME                 UNSEC W/INTER  NOT FILED             .00           .00
MARSHALL FIELDS            UNSEC W/INTER         .00            .00           .00
ROGER H SIMON              DEBTOR ATTY          .00                           .00
TOM VAUGHN                 TRUSTEE                                        3,621.26
DEBTOR REFUND              REFUND                                           400.51

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE               55,974.19

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 25726 WILFRED WEIDLER & DEBRA J MAGNUSON
```

```
PRIORITY                                                          .00
SECURED                                                           .00
UNSECURED                                                   45,324.49
    INTEREST                                                 6,627.93
ADMINISTRATIVE                                                    .00
TRUSTEE COMPENSATION                                         3,621.26
DEBTOR REFUND                                                  400.51
                                   ----------------   ----------------
TOTALS                                    55,974.19          55,974.19
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 02/26/09                     /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE